PATRICIA M. KAMEL ET AL. *v.* KEVIN J. KENNY
(AC 32851)

Bear, Espinosa and Pellegrino, Js.

Submitted on briefs January 11—officially released January 31, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

MAURICE BLACKWELL *v.* COMMISSIONER
OF CORRECTION
(AC 32643)

Gruendel, Robinson and Borden, Js.

Argued January 11—officially released January 31, 2012

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* RALDY H. TEJEDA
(AC 31749)

Gruendel, Lavine and Espinosa, Js.

Argued January 10—officially released January 31, 2012

Per Curiam. The judgment is affirmed.